# CIRCUIT COURT OF BALTIMORE CITY

Filed June 10, 1892.

## CARROLL BRICK CO.
## VS.
## JAMES H. GABLE ET AL.

*E. J. Farber* and *Wm. A. Hammond* for plaintiff.

*J. H. Gable, E. N. Rich, Harry M. Benzinger, Moses Sonnehill, W. B. Trundle, F. C. Slingluff* and *C. S. Sauerland* for defendants.

DENNIS, J.—

In this case, I am of the opinion:

1st. That the plaintiffs are estopped from claiming a lien upon the reversion.

2d. That they *are* entitled to claim a lien upon the leasehold, because Stirling must be considered as agent of Gable, and they are not bound by the unrecorded declaration of trust in favor of Mrs. Gable.

I will sign a decree therefore for the sale of the leasehold interest, unless the amount of the lien claim is paid into Court by a day to be fixed by the decree.